UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARILYN PARVER,<br><br>        Plaintiff,<br><br>vs.<br><br>JET BLUE AIRLINES CORPORATION,<br>CITY OF LAS VEGAS, *et al.*,<br><br>        Defendant. | 2:10-cv-1186-GMN-RJJ<br><br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 29, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __6th__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge