UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARILYN PARVER, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-1186-GMN-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| JET BLUE AIRLINES CORP., *et al.*, | ) | O R D E R |
| | ) | |
| Defendant, | ) | |

In order to avoid the appearance of impropriety, the undersigned Magistrate Judge hereby recuses himself from the above entitled matter because of substantial knowledge of this case acquired during the settlement conference conducted with the parties on October 1, 2012.

Based on the foregoing, and the Code of Judicial Conduct, Canon 3(C)(1)(b) (1984) and Title 28, United States Code, Section 455(b)(3), this matter is referred to the Clerk of the Court for reassignment.

DATED this __24th__ day of October, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge