D. Lee Roberts, Jr. Esq.
Nevada Bar No. 8877
lroberts@wwhgd.com
Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 0938-3864

*Attorneys for Defendant*
*JetBlue Airways Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN PARVER,<br><br>Plaintiff,<br><br>vs.<br><br>JET BLUE AIRLINES CORPORATION; CITY OF LAS VEGAS; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER MAURICE RODRIGUEZ-GALLAR OF THE CITY OF LAS VEGAS; OFFICER JOHNATHAN ANKENY OF THE CITY OF LAS VEGAS; FAWN DOE, OF JET BLUE AIRLINES FLIGHT NO. 129; CAPTAIN DOE OF JET BLUE AIRLINES FLIGHT NO. 129; DISPATCHER DOE OF JET BLUE AND AGENT DOE, A LAS VEGAS AIRPORT AGENT OF JET BLUE AIRPORT AGENT,<br><br>Defendants. | CASE NO. 2:10-CV-01186-GMN-RJJ |

**ORDER DENYING DEFENDANT JETBLUE AIRWAYS CORPORATION'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT JETBLUE'S AND LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT**
**AND**
**DEFENDANT JETBLUE AIRWAYS CORPORATION'S MOTION TO STRIKE PLAINTIFF'S SECOND SUPPLEMENT TO PLAINTIFF'S RESPONSES TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On September 27, 2013, a hearing was held in which this Court considered Defendant

JetBlue Airways Corporation's (incorrectly named as Jet Blue Airlines Corporation in caption) Motion to strike Plaintiff's supplemental response to its Motion for summary judgment (Document #60) and Defendant JetBlue Airways Corporation's Motion to strike Plaintiff's second supplemental response to its Motion for summary judgment (Document #66). William Helfand, Esq. appeared on behalf of Plaintiff, Thomas Dillard, Esq. appeared on behalf of Las Vegas Metropolitan Police Department, et al., and Carol Michel, Esq. appeared on behalf of JetBlue Airways Corporation ("JetBlue").

Having carefully considered the facts of this case, the current state of the evidence, all the pleadings and papers on file, all submissions of the parties and the oral arguments presented by counsel at the hearing, all of which are expressly incorporated herein, the Court **FINDS**:

Despite the late filing of the supplemental pleadings submitted on behalf of the Plaintiff, it is within the Court's discretion to consider both of Plaintiff's supplemental pleadings, including the affidavit of Mario Magparangalan attached to Plaintiff's Supplemental Response to JetBlue's and Las Vegas Metropolitan Police Department's Motion for Summary Judgment (Document #54) and the deposition of Mario Magparangalan attached to Plaintiff's Second Supplemental Response to JetBlue's Motion for Summary Judgment (Document #65). Having reviewed and considered Plaintiff's supplemental pleadings,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant JetBlue Airways Corporation's Motion to strike Plaintiff's supplemental response to its Motion for summary judgment (Document #60) and Defendant JetBlue Airways Corporation's Motion to strike Plaintiff's second supplemental response to its Motion for summary judgment (Document #66) are **DENIED.**

**IT IS SO ORDERED** this 17th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

/s/ Carol P. Michel
D. Lee Roberts, Jr. Esq.
Nevada Bar No. 8877
Carol P. Michel, Esq.
Nevada Bar No. 11420
Weinberg, Wheeler, Hudgins,
   Gunn & Dial, LLC
6385 S. Rainbow Blvd. Suite 400
Las Vegas, NV  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*JetBlue Airways Corporation*