Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
Kristen Henrichs, Esq.
Nevada Bar No. 11987
khenrichs@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 0938-3864

*Attorneys for Defendant*
*JetBlue Airways Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN PARVER, | CASE NO. 2:10-CV-01186-GMN-PAL |
| Plaintiff, | |
| vs. | |
| JET BLUE AIRLINES CORPORATION; CITY OF LAS VEGAS; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER MAURICE RODRIGUEZ-GALLAR OF THE CITY OF LAS VEGAS; OFFICER JOHNATHAN ANKENY OF THE CITY OF LAS VEGAS; FAWN DOE, OF JET BLUE AIRLINES FLIGHT NO. 129; CAPTAIN DOE OF JET BLUE AIRLINES FLIGHT NO. 129; DISPATCHER DOE OF JET BLUE AND AGENT DOE, A LAS VEGAS AIRPORT AGENT OF JET BLUE AIRPORT AGENT, | |
| Defendants. | |

## **JOINT MOTION TO EXTEND TIME TO FILE PRE-TRIAL ORDER**

COMES NOW, Plaintiff Marilyn Parver, by and through her attorneys, CANTRELL, RAY AND BARCUS, LLP, and Defendant JetBlue Airways Corporation, incorrectly named as JET BLUE AIRLINES CORPORATION (hereinafter "Defendant" or "JetBlue"), by and through its attorneys, WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL, LLC and hereby jointly move, pursuant to

Federal Rule of Civil Procedure 6(b) and Local Rules 6-1, 6-2 and 26-4, for an Order extending the time for the parties to file a Proposed Joint Pre-Trial Order. In support of this joint Motion, the parties show the Court as follows:

1. In the June 9, 2016 Order on Mandate, the Court ordered the Proposed Joint Pre-Trial Order to be submitted within 30 days of the Order.
2. The parties have agreed to participate in mediation in an attempt to settle the remaining claims prior to continuing with the trial proceedings in this case.
3. Currently, the parties are set to mediate on August 10, 2016.
4. Thus, the parties request the Court extend the deadline for the Proposed Joint Pre-Trial Order to be submitted on or before Monday, September 12, 2016.

WHEREFORE, for good cause shown, the parties request that the Court grant this Joint Motion and extend the deadline to file a Proposed Joint Pre-Trial Order until September 12, 2016.

DATED this 17th day of June, 2016.

/s/ Carol P. Michel
Carol P. Michel, Esq.
Kristen Henrichs, Esq.
Weinberg, Wheeler, Hudgins,
  Gunn & Dial, LLC
6385 S. Rainbow Blvd. Suite 400
Las Vegas, NV 89118
*Attorneys for Defendant*
*JetBlue Airways Corporation*

/s/ Lanny D. Ray
C. Bryan Cantrell, Esq.
J. Hans Barcus, Esq.
Lanny D. Ray, Esq.
Cantrell, Ray & Barcus, LLP
PO Box 1019
Huntsville, TX 77342
*Attorneys for Plaintiff Marilyn Parver*

J. Randall Jones, Esq.
Kemp Jones & Coulthard, LLP
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, NV 89169
*Attorneys for Marilyn Parver*

## ORDER

IT IS SO ORDERED that the new deadline for the Proposed Joint Pre-Trial Order to be submitted is Monday, September 12, 2016, following the mediation between the parties.

DATED this 21 day of June, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and that on the 17th day of June, 2016, the foregoing **JOINT MOTION TO EXTEND TIME TO FILE PRE-TRIAL ORDER** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court as indicated below:

| | |
|---|---|
| J. Randall Jones, Esq.<br>Kemp Jones & Coulthard, LLP<br>3800 Howard Hughes Pkwy., 17th Floor<br>Las Vegas, NV  89169<br><br>Email:  jrj@kempjones.com<br><br>*Attorneys for Marilyn Parver* | C. Bryan Cantrell, Esq.<br>J. Hans Barcus, Esq.<br>Lanny D. Ray, Esq.<br>Cantrell, Ray & Barcus, LLP<br>PO Box 1019<br>Huntsville, TX  77342<br><br>Email:  lanny@crblawyers.com<br>            bryan@crblawyers.com<br><br>*Attorneys for Plaintiff Marilyn Parver* |

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kelly L. Pierce
　　　　　　　　　　　　　　　　　　　　　　An employee of WEINBERG, WHEELER,
　　　　　　　　　　　　　　　　　　　　　　　HUDGINS GUNN & DIAL, LLC